IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BEATRICE FRANK | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KRAPF GROUP, INC., et al. | : | NO. 22-2462 |

## ORDER

AND NOW, this 4th day of March, 2024, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1) The motion of plaintiff Beatrice Frank for partial summary judgement (Doc. # 49) is DENIED; and

(2) The motion of defendants Krapf Group, Inc., Janet Moran, and Melissa Lichty for summary judgment (Doc. # 47) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
                                    J.